# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PATRICK J. MCPHERSON,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:04CV51** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **RED ROBIN INTERNATIONAL, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion for Leave to File an Amended Answer to Plaintiff's Amended Complaint (Filing No. 90). The plaintiff file a "Stipulation" stating, "he does not object to Defendant's Motion for Leave to File an Amended Answer to Plaintiff's Amended Complaint." **See** Filing No. 93. Accordingly,

**IT IS ORDERED:**

1. The defendant's Motion for Leave to File an Amended Answer to Plaintiff's Amended Complaint (Filing No. 90) is granted.

2. The defendant shall have to **on or before November 9, 2005**, to file an Amended Answer.

DATED this 31st day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge